■ VIRGINIA BRONISZEWSKI et al., Respondents, v. HAROLD NEWMAN, Appellant.— Order unanimously reversed, without costs, of this appeal to either

party and application denied, without costs. Memorandum: The granting of the motion to discontinue without prejudice was an improvident exercise of discretion. (See *Schultz* v. *Kobus*, 15 A D 2d 382.) (Appeal from order of Erie Special Term discontinuing the action on payment by plaintiff of taxable costs.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.